# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LIANA ALLEN,<br><br>    Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant(s). | Case No. 2:23-cv-01170-NJK<br><br>**ORDER** |

Plaintiff resides in Carson City. *See* Docket No. 1-1 at ¶ 1. Carson City is within the unofficial northern division of this District, Local Rule IA 1-6, so this case should have been initiated in the unofficial northern division of this District, Local Rule IA 1-8(a). Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: August 3, 2023

                                               Nancy J. Koppe
                                               United States Magistrate Judge